IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TODD L. HARRIS,

     Petitioner,                      JUDGMENT IN A CIVIL CASE

v.                                   Case No. 09-cv-655-slc

CAROL HOLINKA, Warden,

     Respondent.

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB  presiding.  The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of

habeas corpus for petitioner's failure to exhaust his administrative remedies.

_____       _____
Peter Oppeneer, Clerk of Court                11/23/09
                                            Date